## CONNOR *v.* BAYNE, ET AL.

[No. 181, September Term, 1958.]

*Decided April 15, 1959.*

*Motion for rehearing filed May 13, 1959, denied May 14, 1959.*

The cause was argued before BRUNE, C. J., and HENDERSON, HAMMOND and PRESCOTT, JJ.

*Johnson Bowie,* with whom was *Maurice W. Baldwin* on the brief, for appellant.

*Phillips L. Goldsborough, III,* with whom were *Clater W. Smith, Jr.,* and *Clark, Smith & Prendergast* on the brief, for appellees.

PER CURIAM.

The point here raised on motion for summary judgment as to whether Code (1957), Art. 93, Sec. 112, is a remedial or substantive statute of limitations, is the same as that raised on demurrer and decided in *Chandlee v. Shockley,* 219 Md. 493. We regard that case as controlling.

*Judgment affirmed, with costs.*